Veronica M. JOHNSON,
Plaintiff-Appellant,

v.

The Commonwealth of VIRGINIA;
William S. Moore, Jr., Defendants-
Appellees.

No. 17-2261

United States Court of Appeals,
Fourth Circuit.

Submitted: February 22, 2018

Decided: February 26, 2018

Veronica Moody Johnson, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica Moody Johnson appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Virginia*, No. 2:17-cv-00486-AWA-RJK, 2017 WL 6403109 (E.D. Va. Oct. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*